# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HAMELIN, ROMULUS  §  Case No. 13-23530-ABG
     HAMELIN, LAURA MURILLO  §
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 06, 2013. The undersigned trustee was appointed on June 06, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of   $   25,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 13.55 |
| Bank service fees | 347.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 24,638.75 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 05/07/2014 and the deadline for filing governmental claims was 12/03/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $3,250.00, for a total compensation of $3,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/07/2015     By: /s/ILENE F. GOLDSTEIN
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-23530-ABG  
**Case Name:** HAMELIN, ROMULUS  
   HAMELIN, LAURA MURILLO  
**Period Ending:** 08/07/15  

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/06/13 (f)  
**§341(a) Meeting Date:** 08/02/13  
**Claims Bar Date:** 05/07/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   ** - PCurrent Residence, Y-**3187 N Augusta Driv   Imported from original petition Doc# 1  (See Footnote) | 209,000.00 | 0.00 | | 0.00 | FA |
| 2   ver.Rental Property - Windlake, er., re, In1532-   Imported from original petition Doc# 1 | 181,000.00 | 0.00 | | 0.00 | FA |
| 3   13, NRental Property - Cudahy 991-3770 E Pulaski   Imported from original petition Doc# 1 | 188,000.00 | 0.00 | | 0.00 | FA |
| 4   Duplicate Asset   Imported from Amended Doc#: 21  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5   dupicate asset   Imported from Amended Doc#: 21  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6   Duplicate asset   Imported from Amended Doc#: 21  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 7   Checking - Community Trust   Imported from original petition Doc# 1 | 1,700.00 | 0.00 | | 0.00 | FA |
| 8   02Savings account Credit Union IL 60031   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9   r. 4Checking - Northwestern Mutual Mutual Credit   Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 10  HopSavings account Trust Credit Union   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  1991Savings account Trust Credit Union   Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12  Household furnishings and appliances   Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 13  Clothing - 5 family members 3187 N Augusta Drive   Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 14  Costume jewelry N Augusta Drive IL 60083   Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 15  ** - PGold wedding bands   Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 16  Whole life insurance | 5,386.21 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-23530-ABG  
**Case Name:** HAMELIN, ROMULUS  
HAMELIN, LAURA MURILLO  
**Period Ending:** 08/07/15

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/06/13 (f)  
**§341(a) Meeting Date:** 08/02/13  
**Claims Bar Date:** 05/07/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 | | | | | |
| 17 | r.Long-term care insurance Hancock<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | SoLong-term care insurance Hancock<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 201Term life insurance Insurance<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 401k<br>Imported from original petition Doc# 1 | 161,427.45 | 0.00 | | 0.00 | FA |
| 21 | 401k Vanguard<br>Imported from original petition Doc# 1 | 55,631.28 | 0.00 | | 0.00 | FA |
| 22 | Restricted Stock (Abbott Labs)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 3.0Restricted stock (Abbvie) Restricted Stock Pr<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 25,000.00 | FA |
| 24 | Back rent from former tenants<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 25 | Term Life Insurance or a decedent, death benefit<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2009 Toyota Sienna (79,500 miles)<br>Imported from original petition Doc# 1 | 11,000.00 | 0.00 | | 0.00 | FA |
| 27 | Chevrolet Silverado (26,000 miles)<br>Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | FA |
| 28 | Dog - Boston Terrier/Chihuahua N Augusta Drive I<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Timeshare<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 29 | **Assets Totals** (Excluding unknown values) | **$838,744.94** | **$3,100.00** | | **$25,000.00** | **$0.00** |

RE PROP# 1   This asset has been reported twice and the UST Guidelines do not allow for the deletion of the asset. However the download of the assets is reporting this asset twice.

RE PROP# 4   This asset has been reported twice and the UST Guidelines do not allow for the deletion of the asset. However the download of the assets is reporting this asset twice.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-23530-ABG  **Trustee:** (330290) ILENE F. GOLDSTEIN
**Case Name:** HAMELIN, ROMULUS  **Filed (f) or Converted (c):** 06/06/13 (f)
HAMELIN, LAURA MURILLO  **§341(a) Meeting Date:** 08/02/13
**Period Ending:** 08/07/15  **Claims Bar Date:** 05/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 5    This asset has been reported twice and the UST Guidelines do not allow for the deletion of the asset. However the download of the assets is reporting this asset twice. | | | | | |
| RE PROP# 6    This asset has been reported twice and the UST Guidelines do not allow for the deletion of the asset. However the download of the assets is reporting this asset twice. | | | | | |

**Major Activities Affecting Case Closing:**

STATUS:  The Trustee is filing her final tax returns and then will close the Estate.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2015      **Current Projected Date Of Final Report (TFR):**    June 30, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-23530-ABG  
**Case Name:** HAMELIN, ROMULUS  
HAMELIN, LAURA MURILLO  
**Taxpayer ID #:** **-***9246  
**Period Ending:** 08/07/15

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/14 | {23} | Community Bank--Hamelin | Sale of Stock back to the Debtor | 1129-000 | 25,000.00 | | 25,000.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.77 | 24,977.23 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.12 | 24,940.11 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.28 | 24,907.83 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.60 | 24,867.23 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.76 | 24,831.47 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.33 | 24,798.14 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.04 | 24,760.10 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #13-23530, Bond | 2300-000 | | 13.55 | 24,746.55 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.60 | 24,710.95 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.35 | 24,676.60 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.85 | 24,638.75 |
| | | | **ACCOUNT TOTALS** | | 25,000.00 | 361.25 | **$24,638.75** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,000.00 | 361.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,000.00** | **$361.25** | |

Net Receipts : 25,000.00  
Net Estate : $25,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1166** | 25,000.00 | 361.25 | 24,638.75 |
| | $25,000.00 | $361.25 | $24,638.75 |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 7, 2014

**Case Number:** 13-23530-ABG  
**Debtor Name:** HAMELIN, ROMULUS

Page: 1

**Date:** August 7, 2015  
**Time:** 10:17:40 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $3,250.00 | $0.00 | 3,250.00 |
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $1,777.40 | $0.00 | 1,777.40 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $96.92 | $0.00 | 96.92 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $6,040.00 | $0.00 | 6,040.00 |
| 1 610 | Sallie Mae<br>c/o Sallie Mae Inc<br>220 Lasley Ave<br>Wilkes Barre, PA 18706 | Unsecured | History: Details1-103/20/2014Claim #1 filed by Sallie Mae, Amount claimed: $54722.60 (Golembeski, Brenda )<br>-------------------------------------------------------------------------------* * * | $54,722.60 | $0.00 | 54,722.60 |
| **<< Totals >>** | | | | 65,886.92 | 0.00 | 65,886.92 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-23530-ABG
Case Name: HAMELIN, ROMULUS
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $ 24,638.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 24,638.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,250.00 | 0.00 | 3,250.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 6,040.00 | 0.00 | 6,040.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 96.92 | 0.00 | 96.92 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 1,777.40 | 0.00 | 1,777.40 |

Total to be paid for chapter 7 administration expenses: $ 11,164.32
Remaining balance: $ 13,474.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,474.43

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 13,474.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,722.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sallie Mae | 54,722.60 | 0.00 | 13,474.43 |

|  | Total to be paid for timely general unsecured claims: | $ 13,474.43 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**