# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:   HAMELIN, ROMULUS | § | Case No. 13-23530 |
| HAMELIN, LAURA MURILLO | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **09/11/2015 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/7/2015        By:   /s/ Ilene F. Goldstein
                                    Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: HAMELIN, ROMULUS | § | Case No. 13-23530 |
| HAMELIN, LAURA MURILLO | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   25,000.00 |
| *and approved disbursements of* | $        361.25 |
| *leaving a balance on hand of* [1] | $   24,638.75 |
| **Balance on hand:** | $   24,638.75 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $        0.00 |
| Remaining balance: | $   24,638.75 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 3,250.00 | 0.00 | 3,250.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 6,040.00 | 0.00 | 6,040.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 96.92 | 0.00 | 96.92 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 1,777.40 | 0.00 | 1,777.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $   11,164.32 |
| Remaining balance: | $   13,474.43 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 13,474.43 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 13,474.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,722.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Sallie Mae | 54,722.60 | 0.00 | 13,474.43 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 13,474.43 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: **$** 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-23530-ABG
Romulus Sonny Hamelin                                               Chapter 7
Laura Murillo Hamelin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: msims              Page 1 of 2              Date Rcvd: Aug 12, 2015
                              Form ID: pdf006          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2015.
db/jdb         +Romulus Sonny Hamelin,    Laura Murillo Hamelin,    38570 N Shagbark Lane,
                 Wadsworth, IL 60083-9224
20577194       +ALEC Credit Union,    401 N Riverside Dr,    Gurnee, IL 60031-5906
20577195       +Batzner Pest Management, Inc.,    16948 W. Victor Road,    New Berlin, WI 53151-4135
20577196       +Bayview Loan,    4425 Ponce de Leon, 5th Floor,    Coral Gables, FL 33146-1837
20684229       +Bayview Loan Servicing, LLC,    c/o Klein, Daday, Aretos & O'Donoghue, L,
                 2550 W. Golf Rd., Ste. 250,    Rolling Meadows, IL 60008-4014
20577197       +Chase BP,    PO Box 15298,   Wilmington, DE 19850-5298
20577203       +Christopher C. Drout,    16345 W. Glendale Dr.,   New Berlin, Wi 53151-2841
20577198        Clayton Street,    Waukegan, IL 60085
20577199       +Community Trust,    1313 N Skokie Hwy,    Gurnee, IL 60031-2147
20577200       +Community Trust,    1313 Skokie Hwy,    Gurnee, IL 60031-2147
20577193      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: 5/3 Bank,     PO Box 630778,   Cincinnati, OH 45263-0778)
20577206       +GMAC Mortgage,    PO Box 4622,   Waterloo, IA 50704-4622
20577205       +Geraldina Suero,    1534 W. Windlake Ave.,    Milwaukee, WI 53215-3154
20577210       +Northwestern Mutual Credit Union,    720 E Wisconsin Ave.,    Milwaukee, WI 53202-4703
20577211       +O'Dess & Associates PC,    1414 Underwood Ave.,   Suite 403,    Wauwatosa, WI 53213-2653
20577213       +Wells Fargo,    PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20577201       +E-mail/Text: collections@ctcu.org Aug 13 2015 00:48:37     Community Trust Credit Union - Visa,
                 1313 Skokie Hwy,    Gurnee, IL 60031-2147
20577202        E-mail/Text: cio.bncmail@irs.gov Aug 13 2015 00:46:39     Department of the Treasury- IRS,
                 PO Box 7346,   Philadelphia, PA 19101-7346
20978736        E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2015 10:19:04     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
20577207        E-mail/Text: rev.bankruptcy@illinois.gov Aug 13 2015 00:47:15
                 Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,
                 Chicago, IL 60664-0338
20577208       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 13 2015 00:46:31     Kohl's Department Store,
                 PO Box 3115,   Milwaukee, WI 53201-3115
20577209        E-mail/Text: camanagement@mtb.com Aug 13 2015 00:46:51     M&T Bank,    PO Box 1288,
                 Buffalo, NY 14240-1288
21681335       +E-mail/PDF: pa_dc_claims@navient.com Aug 13 2015 00:56:25     Sallie Mae,   c/o Sallie Mae Inc,
                 220 Lasley Ave,    Wilkes Barre Pa 18706-1496
20577212       +E-mail/PDF: pa_dc_claims@navient.com Aug 13 2015 00:56:35     SallieMae,   PO Box 9500,
                 Wilkes-Barre, PA 18773-9500
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Law Offices of Ilene F. Goldstein, Chartered
20622778        Ocwen Loan Servicing, LLC
20577204      ##+Freedman Anselmo Lindberg LLC,    1807 W. Diehl Rd.,   Suite 333,    Naperville, IL 60563-1890
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2015                         Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: msims              Page 2 of 2             Date Rcvd: Aug 12, 2015
                              Form ID: pdf006          Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2015 at the address(es) listed below:
              Carrie A Zuniga    on behalf of Debtor Romulus Sonny Hamelin czuniga@lakelaw.com
              Carrie A Zuniga    on behalf of Joint Debtor Laura Murillo Hamelin czuniga@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Debtor Romulus Sonny Hamelin dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Joint Debtor Laura Murillo Hamelin dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              Ilene F Goldstein    on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,  il35@ecfcbis.com
              Ilene F Goldstein, ESQ    on behalf of Trustee Ilene F Goldstein, ESQ ifgcourt@aol.com,
               IL35@ecfcbis.com
              Ilene F Goldstein, ESQ    ifgcourt@aol.com,  IL35@ecfcbis.com
              Jonathan N Rogers    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC jrogers@skdaglaw.com
              Keith  Levy    on behalf of Creditor    Ocwen Loan Servicing, LLC amps@manleydeas.com
              Nisha B Parikh    on behalf of Creditor    Wells Fargo Bank, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11
```