# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HAMELIN, ROMULUS § Case No. 13-23530
  HAMELIN, LAURA MURILLO §
  §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $838,744.94    Assets Exempt: $230,644.94
*(without deducting any secured claims)*

Total Distribution to Claimants: $13,474.43    Claims Discharged
                                              Without Payment: $41,248.17

Total Expenses of Administration: $11,525.57

---

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,525.57 | 11,525.57 | 11,525.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 54,722.60 | 54,722.60 | 13,474.43 |
| **TOTAL DISBURSEMENTS** | $0.00 | $66,248.17 | $66,248.17 | $25,000.00 |

4) This case was originally filed under Chapter 7 on June 06, 2013. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2015   By: /s/ILENE F. GOLDSTEIN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3.0Restricted stock (Abbvie) Restricted Stock Pr | 1129-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 6,040.00 | 6,040.00 | 6,040.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 96.92 | 96.92 | 96.92 |
| PBG Financial Services Inc | 3410-000 | N/A | 1,777.40 | 1,777.40 | 1,777.40 |
| Rabobank, N.A. | 2600-000 | N/A | 22.77 | 22.77 | 22.77 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 37.12 | 37.12 | 37.12 |
| Rabobank, N.A. | 2600-000 | N/A | 32.28 | 32.28 | 32.28 |
| Rabobank, N.A. | 2600-000 | N/A | 40.60 | 40.60 | 40.60 |
| Rabobank, N.A. | 2600-000 | N/A | 35.76 | 35.76 | 35.76 |
| Rabobank, N.A. | 2600-000 | N/A | 33.33 | 33.33 | 33.33 |
| Rabobank, N.A. | 2600-000 | N/A | 38.04 | 38.04 | 38.04 |
| Arthur B. Levine Company | 2300-000 | N/A | 13.55 | 13.55 | 13.55 |
| Rabobank, N.A. | 2600-000 | N/A | 35.60 | 35.60 | 35.60 |
| Rabobank, N.A. | 2600-000 | N/A | 34.35 | 34.35 | 34.35 |
| Rabobank, N.A. | 2600-000 | N/A | 37.85 | 37.85 | 37.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $11,525.57 | $11,525.57 | $11,525.57 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Sallie Mae | 7100-000 | N/A | 54,722.60 | 54,722.60 | 13,474.43 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $54,722.60 | $54,722.60 | $13,474.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-23530  
**Case Name:** HAMELIN, ROMULUS  
HAMELIN, LAURA MURILLO  
**Period Ending:** 11/11/15

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/06/13 (f)  
**§341(a) Meeting Date:** 08/02/13  
**Claims Bar Date:** 05/07/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  ** - PCurrent Residence, Y-**3187 N Augusta Driv  Imported from original petition Doc# 1  (See Footnote) | 209,000.00 | 0.00 | | 0.00 | FA |
| 2  ver.Rental Property - Windlake, er., re, In1532-  Imported from original petition Doc# 1 | 181,000.00 | 0.00 | | 0.00 | FA |
| 3  13, NRental Property - Cudahy 991-3770 E Pulaski  Imported from original petition Doc# 1 | 188,000.00 | 0.00 | | 0.00 | FA |
| 4  Duplicate Asset  Imported from Amended Doc#: 21  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5  dupicate asset  Imported from Amended Doc#: 21  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6  Duplicate asset  Imported from Amended Doc#: 21  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 7  Checking - Community Trust  Imported from original petition Doc# 1 | 1,700.00 | 0.00 | | 0.00 | FA |
| 8  02Savings account Credit Union IL 60031  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  r. 4Checking - Northwestern Mutual Mutual Credit  Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 10  HopSavings account Trust Credit Union  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11  1991Savings account Trust Credit Union  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12  Household furnishings and appliances  Imported from original petition Doc# 1 | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 13  Clothing - 5 family members 3187 N Augusta Drive  Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 14  Costume jewelry N Augusta Drive IL 60083  Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 15  ** - PGold wedding bands  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 16  Whole life insurance | 5,386.21 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 13-23530 | **Trustee:** | (330290) ILENE F. GOLDSTEIN |
| **Case Name:** HAMELIN, ROMULUS | **Filed (f) or Converted (c):** | 06/06/13 (f) |
| HAMELIN, LAURA MURILLO | **§341(a) Meeting Date:** | 08/02/13 |
| **Period Ending:** 11/11/15 | **Claims Bar Date:** | 05/07/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 | | | | | |
| 17 | r.Long-term care insurance Hancock<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | SoLong-term care insurance Hancock<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 201Term life insurance Insurance<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 401k<br>Imported from original petition Doc# 1 | 161,427.45 | 0.00 | | 0.00 | FA |
| 21 | 401k Vanguard<br>Imported from original petition Doc# 1 | 55,631.28 | 0.00 | | 0.00 | FA |
| 22 | Restricted Stock (Abbott Labs)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 3.0Restricted stock (Abbvie) Restricted Stock Pr<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 25,000.00 | FA |
| 24 | Back rent from former tenants<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 25 | Term Life Insurance or a decedent, death benefit<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2009 Toyota Sienna (79,500 miles)<br>Imported from original petition Doc# 1 | 11,000.00 | 0.00 | | 0.00 | FA |
| 27 | Chevrolet Silverado (26,000 miles)<br>Imported from original petition Doc# 1 | 20,000.00 | 0.00 | | 0.00 | FA |
| 28 | Dog - Boston Terrier/Chihuahua N Augusta Drive I<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Timeshare<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| **29** | **Assets    Totals** (Excluding unknown values) | **$838,744.94** | **$3,100.00** | | **$25,000.00** | **$0.00** |

RE PROP# 1    This asset has been reported twice and the UST Guidelines do not allow for the deletion of the
asset. However the download of the assets is reporting this asset twice.

RE PROP# 4    This asset has been reported twice and the UST Guidelines do not allow for the deletion of the
asset. However the download of the assets is reporting this asset twice.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 13-23530  
**Case Name:** HAMELIN, ROMULUS  
HAMELIN, LAURA MURILLO  
**Period Ending:** 11/11/15

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/06/13 (f)  
**§341(a) Meeting Date:** 08/02/13  
**Claims Bar Date:** 05/07/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 5    This asset has been reported twice and the UST Guidelines do not allow for the deletion of the asset.  However the download of the assets is reporting this asset twice.

RE PROP# 6    This asset has been reported twice and the UST Guidelines do not allow for the deletion of the asset.  However the download of the assets is reporting this asset twice.

**Major Activities Affecting Case Closing:**

STATUS:  The Trustee is filing her final tax returns and then will close the Estate.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2015      **Current Projected Date Of Final Report (TFR):**    June 30, 2015

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-23530  
**Case Name:** HAMELIN, ROMULUS  
HAMELIN, LAURA MURILLO  
**Taxpayer ID #:** **-***9246  
**Period Ending:** 11/11/15

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/10/14 | {23} | Community Bank--Hamelin | Sale of Stock back to the Debtor | 1129-000 | 25,000.00 | | 25,000.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.77 | 24,977.23 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.12 | 24,940.11 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.28 | 24,907.83 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.60 | 24,867.23 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.76 | 24,831.47 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.33 | 24,798.14 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.04 | 24,760.10 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #13-23530, Bond | 2300-000 | | 13.55 | 24,746.55 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.60 | 24,710.95 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.35 | 24,676.60 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.85 | 24,638.75 |
| 09/11/15 | 102 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 21,388.75 |
| 09/11/15 | 103 | PBG Financial Services Inc | Dividend paid 100.00% on $1,777.40, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,777.40 | 19,611.35 |
| 09/11/15 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $96.92, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 96.92 | 19,514.43 |
| 09/11/15 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $6,040.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 6,040.00 | 13,474.43 |
| 09/11/15 | 106 | Sallie Mae | Dividend paid 24.62% on $54,722.60; Claim# 1; Filed: $54,722.60; Reference: | 7100-000 | | 13,474.43 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 25,000.00 | 25,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,000.00** | **$25,000.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-23530 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** HAMELIN, ROMULUS | **Bank Name:** Rabobank, N.A. |
| HAMELIN, LAURA MURILLO | **Account:** ******1166 - Checking Account |
| **Taxpayer ID #:** **-***9246 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/11/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 25,000.00 | | | | | |
| | | Net Estate : $25,000.00 | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1166** | 25,000.00 | 25,000.00 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)

Printed: 11/11/2015 10:32 AM    V.13.25